UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVEIN JUMEL COKE, <br><br>    Petitioner, <br><br> v. <br><br> BRUCE SCOTT, et al., <br><br>    Respondents. | CASE NO. 2:25-cv-00694-RSM-BAT <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

 Having considered, de novo, the report and recommendation, all responses, objections, and the record, the Court ORDERS:

 1. The report and recommendation is adopted. The habeas petition and the motion for Temporary Restraining Order are denied and dismissed without prejudice.

 2. The clerk shall provide the parties a copy of this order.

 DATED this 28th day of July, 2025.

            RICARDO S. MARTINEZ
            UNITED STATES DISTRICT JUDGE