# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVEIN JUMEL COKE , <br><br>                Petitioner, <br> v. <br><br> BRUCE SCOTT, et al., <br><br>                Respondent. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 2:25-cv-00694-RSM-BAT |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Report and Recommendation is adopted and approved. The habeas petition and motion for TRO are denied and the matter is dismissed without prejudice.

Dated this 28th day of July, 2025.

 

RAVI SUBRAMANIAN
Clerk of Court

/s *Tajma Eaton*
Deputy Clerk